744 A.2d 265

**Joann MAMMOCCIO**

**v.**

**1818 MARKET PARTNERSHIP, Alaska Permanent Fund Corporation, Wilshire Associates, Inc., MNPT–1818, Inc., 1818–GT, Inc., Heitman Pennsylvania Management, Inc., Heitman Financial Services, Ltd.**

**v.**

**Amtech Reliable Elevator Co.**

**Petition of 1818 Market Partnership and Heitman Pennsylvania Management, Inc.**

Supreme Court of Pennsylvania.

Jan. 13, 2000.

## ORDER

PER CURIAM:

**AND NOW,** this 13th day of January 2000, the petition for allowance of appeal is **GRANTED** and the case is **REMANDED** to the Court of Common Pleas of Philadelphia County to rule on the petitioners' post-trial motions for remittitur and to rule on the issues concerning evidentiary rulings and the allegedly prejudicial remarks.

Justice NIGRO did not participate in the consideration or decision of this case.